# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAMPTONS AT METROWEST**
**CONDOMINIUM ASSOCIATION, INC.,**

       **Garnishor,**

**v.**                                      **Case No:  6:13-cv-608-Orl-31DAB**

**FEDERAL INSURANCE COMPANY,**

       **Garnishee,**

**in relation to**

**PARK AVENUE AT METROWEST,**
**LTD. and EPOCH MANAGEMENT,**
**INC.,**

       **State Court Defendants.**

_____

## ORDER

This matter comes before the Court *sua sponte*. To determine whether to allow the settlement agreements at the heart of the instant dispute to be filed under seal, the Court must first review them. Accordingly, the Garnishee, Federal Insurance Company, is hereby

**ORDERED** to present the Settlement Agreements to the Court for *in camera* review on or before Monday, May 6, 2013. And it is further

**ORDERED** that on or before May 13, 2013, the Garnishor, Hamptons at Metrowest Condominium Association, Inc., shall show cause in writing why the Settlement Agreements

should not be unsealed.  The writing shall not exceed ten pages in length.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2013.

                                                                    _____
                                                                    GREGORY A. PRESNELL
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties