**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HAMPTONS AT METROWEST**
**CONDOMINIUM ASSOCIATION, INC.,**

        Garnishor,

v.                                              Case No: 6:13-cv-608-Orl-31DAB

**FEDERAL INSURANCE COMPANY,**

        Garnishee,

**in relation to**

**PARK AVENUE AT METROWEST,**
**LTD. and EPOCH MANAGEMENT,**
**INC.,**

        State Court Defendants.

**ORDER**

Federal Insurance Company ("Federal") sought to file a settlement agreement between, on the one hand, Hamptons at Metrowest Condominium Association, Inc. (the "Association") and, on the other, Park Avenue at Metrowest, Ltd. and Epoch Management, Inc. Federal contended the document established the amount in controversy in this matter. Because of a confidentiality agreement, Federal sought to file the document under seal and filed a motion (Doc. 3) seeking leave to do so.

On May 1, the Court ordered Federal to submit the agreement for *in camera* review, which Federal accomplished on or about May 2, 2013. The Court also ordered the Association to show cause in writing by May 13, 2013 why the agreement should not be unsealed. The Association has

not done so. Having reviewed the agreement, the Court finds nothing within it that would justify filing under seal, thereby denying the public the ability to inspect the document. *See*, *e.g.*, *In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 355 (11th Cir. 1987) ("There is no question that the press and the public jointly possess a common-law right to inspect and copy judicial records and public documents.").

Accordingly, the Motion for Leave to File Under Seal (Doc. 3) is **DENIED**, and the Clerk is directed to docket the settlement agreement normally.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties